United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBORAH PIMENTEL,<br><br>　　　　　Appellant.<br>_____/ | No. C 10-01237 WHA<br><br>**ORDER TO SHOW CAUSE** |

  The notice of appeal in the above-numbered action was filed with the district court on March 24, 2010 (Dkt. No. 1).  Under Rules 8006 and 8007 of the Federal Rules of Bankruptcy Procedure, appellant Deborah Pimentel — who is a practicing attorney — was *required* to file with the bankruptcy court: (1) a designation of the record, (2) statement of issues on appeal, and (3) a notice regarding the ordering of transcripts.  This procedure — called "perfecting the appeal" — should have been done within *14 days* of filing the notice of appeal.  It has now been nearly two months since the notice of appeal was filed, and appellant has *still* not perfected the record pursuant to the Bankruptcy Rules.  The briefing for this appeal cannot begin until this procedural step has been completed.

  On May 19, 2010, the Court received a report and recommendation from Bankruptcy Judge Alan Jaroslovsky recommending that appellant's appeal be dismissed for failing to timely perfect the record.  Appellant is hereby **ORDERED TO SHOW CAUSE** by **NOON ON THURSDAY, MAY 27,** why this bankruptcy appeal should not be dismissed for failure to prosecute and for failure to perfect the record as required by the Bankruptcy Rules and local rules.

Case 3:10-cv-01237-WHA   Document 5   Filed 05/20/10   Page 2 of 2

Appellant's recently filed motion to consolidate four other bankruptcy appeals with the instant action will not be ruled on until appellant has responded to this order. Only if this appeal is not dismissed will the motion to consolidate be considered by the undersigned.

**IT IS SO ORDERED.**

Dated: May 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2