IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBORAH PIMENTEL,<br><br>    Appellant.<br>_____ / | No. C 10-01237 WHA<br><br>**ORDER TO SHOW CAUSE** |

      This is the *second* order to show cause filed in this bankruptcy appeal. The first was filed on May 20, 2010, after appellant Deborah Pimentel — who is representing herself in this matter but is also a licensed and practicing California attorney — failed to timely perfect the record as required by Bankruptcy Rule 8006 (Dkt. No. 5). Indeed, Attorney Pimentel filed *nothing* for almost two months after the instant appeal was noticed, prompting the undersigned to take action.

      In response to the first order to show cause, Attorney Pimentel provided a number of reasons why she had not perfected the record in a timely manner (Dkt. No. 6). After giving fair consideration to these reasons, the undersigned allowed Attorney Pimentel a generous *three additional weeks* to perfect the record on her appeal and comply with the procedural requirements of Bankruptcy Rule 8006 (Dkt. No. 7). This three-week extension translated to a June 18 deadline. Attorney Pimentel was also expressly warned that "if the record on appeal was not perfected by June 18, the matter would be dismissed."

      It is now Monday, June 21. As of the date of this order, the record on appeal has *still* not been perfected. Due to Attorney Pimentel's continued failure to comply with procedural and

court-ordered deadlines, Attorney Pimentel is hereby **ORDERED TO SHOW CAUSE BY NOON ON WEDNESDAY, JUNE 23**, why this bankruptcy appeal should not be dismissed. If no response to this order is received by the June 23 deadline, or an inadequate response is provided, the appeal will be dismissed immediately.

**IT IS SO ORDERED.**

Dated: June 21, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California