IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DEBORAH PIMENTEL,

    Appellant.
                                        /

No. C 10-01237 WHA

**ORDER DISMISSING BANKRUPTCY APPEAL**

      Appellant Deborah Pimentel — who is representing herself in this matter but is also a licensed and practicing California attorney — has been *twice* ordered to show cause why this bankruptcy appeal should not be dismissed for failure to perfect the record under Bankruptcy Rule 8006 (Dkt. Nos. 5, 9).

      The first order to show cause was filed on May 20, 2010, after Attorney Pimentel failed to perfect the record for almost two months after the instant appeal was noticed. After considering Attorney Pimentel's response, the undersigned granted appellant an additional *three weeks* to perfect the record (Dkt. No. 7). Attorney Pimentel was expressly warned, however, that "if the record on appeal was not perfected by [this deadline], the matter would be dismissed." She failed to perfect the record by the deadline. A second order to show cause then issued, warning Attorney Pimentel that failure to respond and explain her inaction by noon on June 23 would result in the immediate dismissal of her appeal (Dkt. No. 9). She filed no response to the order.

      In light of this procedural history, the instant appeal is hereby **DISMISSED**. The undersigned provided Attorney Pimentel with a full and fair opportunity to prosecute her appeal,

and even granted a lengthy extension of already past-due deadlines to allow her additional time to perfect the record. Despite express warnings that the appeal would be dismissed if the extended deadlines were not met, Attorney Pimentel failed to demonstrate diligence in prosecuting her appeal. As such, dismissal is proper.

Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: June 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE